SAMUEL ELLIS, as Executor of OWEN WILLIAMS, Deceased, Appellant, *v.* HUGH WILLIAMS, Respondent.

(Argued February 19, 1931; decided March 24, 1931.)

*A. G. Senior, Warnick J. Kernan* and *C. J. Fuess* for appellant.

*Edward W. Bock* and *Woodward W. Guile* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: POUND and HUBBS, JJ.